**HIDDEN VALLEY FISHING**
CLUB, Respondent,

v.

**Leroy SADDLER and Viola**
Saddler, Appellants.

No. 74493.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 22, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1999.

Application for Transfer Denied
Sept. 21, 1999.

Jeffrey P. Dix, Jackson, for Appellant.

James F. Waltz, Oliver, Oliver & Waltz, P.C., Cape Girardeau, for Respondent.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Leroy and Viola Saddler, appellants, appeal a summary judgment in favor of respondent, Hidden Valley Fishing Club, in a prescriptive easement action. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.